RODZBORSKI, Respondent, v. AMERICAN SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by John Rodzborski against the American Sugar Refining Company. No opinion. Order affirmed, with $10 costs and disbursements.

ROOT, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Edward S. Root against Adrian H. Joline and another. B. H. Ames, for appellants. L. Steckler, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $1,250, in which event judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

ROSE v. NASSAU ELECTRIC R. CO. et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Appeal from Trial Term, Kings County. Action by George W. Rose against the Nassau Electric Railroad Company and another. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. D. A. Marsh, for appellants. Frederick S. Martyn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

GAYNOR, J. (dissenting). At Thirty-Sixth street in the borough of Brooklyn the downtown surface cars on Fifth avenue transfer passengers to the elevated or overhead railroad, if they wish it, and the cars stop at or near the elevated railroad stairs for that purpose. The distance from the car track to the curb is 13 feet 7½ inches. The plaintiff got out of the car to transfer, and as he walked to the curb he slipped on ice and fell. His head was near the curb, one foot from it, as he lay prone after falling. The defendant has been held liable under a charge that is quite difficult to define. "The railroad company was not burdened with the duty of keeping the whole width of 13 feet 7½ inches free for use and free from the smoothness of ice," it says. It does not say just how much of that distance, viz., from the car to the curb, it was burdened with the duty of keeping free from ice, but the charge leaves a distinct though indefinite implication of some duty in that regard. The defendant had no such duty. If it had such a duty at that point, then it would have it at every crossing or stopping place, and we all know that it has no such duty. The judgment should be reversed.

ROSENTHAL, Appellant, v. CRANFORD, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Joseph Rosenthal against Charles Cranford. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

ROURKE REALTY CO. v. EVERINGHAM et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by the Rourke Realty Company against Gilbert Everingham and others. No opinion. Order affirmed, with $10 costs and disbursements.

RUSSELL, Appellant, v. CORNWELL, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Mary E. Russell against Cornelia Cornwell. S. H. Molleson, for appellant. M. O. McGovern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUTHERFURD REALTY CO. v. COOK et al. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by the Rutherfurd Realty Company against Willet F. Cook and others. No opinion. Motion denied.

RUTHERFORD REALTY CO. v. COOK. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by the Rutherford Realty Company against Willett E. Cook. No opinion. Motion denied, with $10 costs. Order filed.

SACHS, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Solomon Sachs against the Brooklyn Heights Railroad Company. No opinion. Order affirmed by default, with costs.

SACKS, Appellant, v. FRIEDOPFER, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Meyer Sacks against Henry Friedopfer. No opinion. Judgment of the Municipal Court affirmed, with costs.

SAMUEL MUNDHEIM CO., Appellant, v. SOUTH AMERICAN PANAMA HAT CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Samuel Mundheim Company against the South American Panama Hat Company. No opinion. Judgment affirmed, with costs.

SANFORD, Respondent, v. VILLAGE OF WARWICK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Pierson E. Sanford against the Village of Warwick. No opinion. Judgment affirmed, with costs.

SCHERNIKOW, Appellant, v. GILLIES, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Edward O. Schernikow against George M. Gillies. H. S. Graves, for appellant. C. B. Meyer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.